B1 (Official Form 1) (04/13)·

| UNITED STATES BANKRUPTCY COURT<br>Central District of California | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Procare Mobile Response LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>26-0047822 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2702 Media Center Dr.<br>Los Angeles, CA<br>ZIP CODE 90065 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>--------------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                                                     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Procare Mobile Response LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   /s/ Henry D. Paloci III          01/08/2015<br>      Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Procare Mobile Response LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X /s/ Henry D. Paloci III
Signature of Attorney for Debtor(s)
Henry D. Paloci III
Printed Name of Attorney for Debtor(s)
Henry D. Paloci III PA
Firm Name
2800 Camino dos Rios 101A Newbury Park, CA 91320

Address
805-498-5500
Telephone Number
01/08/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ceungralery*
Signature of Authorized Individual   Zinovy Gonopolsky

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual   Managing Head

_____
Date   1-8-15

Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 6 Summary (Official Form 6 – Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

Central_____ District of California_____

In re Procare Mobile Response LLC_____,
_____*Debtor*_____

Case No. _____

Chapter 11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | Yes | 1 | $ 0 | | |
| B – Personal Property | Yes | 4 | $ 1257854.84 | | |
| C – Property Claimed as Exempt | No | | | | |
| D – Creditors Holding Secured Claims | Yes | 1 | | $ 196422.77 | |
| E – Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 22 | | $ 253899.98 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | $ 96849.22 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H – Codebtors | Yes | 1 | | | |
| I – Current Income of Individual Debtor(s) | No | | | | $ |
| J – Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | | $ 1257896.84 | $ 547171.97 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT

Central _____ District of California _____

In re Procare Mobile Response LLC _____,
        *Debtor*

Case No. _____

Chapter 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

FORM B6A (Official Form 6A) (12/07)

In re _Procare Mobile Response LLC_ _____,    Case No._____
             Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |
| | | | | |

|  |  | **TOTAL $** | 0.00 |
|---|---|---|---|
| No continuation sheets attached | | (Report also on Summary of Schedules.) | |

B6B (Official Form 6B) (12/07)

In re _Procare Mobile Response LLC_ _____,      Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page   1   of   4

B6B (Official Form 6B) (12/07)

In re _Procare Mobile Response LLC_ _____,    Case No. _____
                        Debtor(s)                                                            (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _2821 pending claims with Medicare. If paid at customary rates, expected receivable is: Location: In debtor's possession; receivable is owned by Debtor but Medicare has not yet paid._ | | $ 1,094,739.84 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | _Zoll Rescue Net Billing/Dispatch Licenses (4@$3500) Location: In debtor's possession_ | | $ 14,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _seven ambulances Unit numbers 316, 318, 315, 317, 309, 307, and 337 VIN numbers end in 79634, 79977, 22975, 86319, 83826, and 84241 These vehicles were leased from Wells Fargo and repossessed 1/6/2015. We list them here for disclosure purposes. Debtor intends to claw back the vehicles._ | | $ 0.00 |

B6B (Official Form 6B) (12/07)

In re *Procare Mobile Response LLC*                                          ,          Case No. _____
                              Debtor(s)                                                                        (If known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | Husband--H Wife--W Joint--J Community--C | |
| | | Location: In debtor's possession | | |
| | | two ambulances seven ambulances Unit numbers 336 and 302 VIN numbers end in 84872 and 85374 These vehicles were leased from TCF Equipment Finance and are listed here for disclosure purposes. Location: In debtor's possession | | $ 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | contents of office, with approximate resale value per item: book shelf (4x25) $100 brother printer (3x25) $75 canon copier/fax (2x25) $50 chairs - other(5x5) $25 computer monitors (17x10) $170 misc. computer parts $100 computer servers (3x500) $1500 computers (14x75) $1050 shredder $40 HP printers (3x40) $120 large desks (5x40) $200 large surveillance system $100 large wrap around desk $100 leather chairs (14x25) $350 LG television $200 metal cabinets (3x50) $150 plastic shelves (5x10) $50 plastic tables (5x10) $50 postage meter $50 round table $70 small desks (4x50) $200 small surveillance system $50 tall metal file cabinet (155x50) $7750 telephones (11x50) $550 white boards (3x5) $15 | | $ 19,065.00 |

B6B (Official Form 6B) (12/07)

In re _Procare Mobile Response LLC_ _____,    Case No. _____
                    Debtor(s)                                                      (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | wide metal file cabinets (3x50) $150<br>wood chairs (16x25) $400<br>xerox copier $100<br>motorola hand held radios (46x100) $4600<br>motorola base radios (3x200) $600<br>Location: In debtor's possession | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | supplies:<br>32 boxes of gloves @$25 $800<br>misc. office supplies $100<br>misc. janitorial supplies $100<br>Location: In debtor's possession | | $ 1,000.00 |
| | | working equipment:<br>beds (12x25) $300<br>backboards, long (46x100) $4600<br>backboards, short (47x75) $3525<br>breakaway stretchers (42x200) $8400<br>traction splints (33x30) $9900<br>full ambulance stock ($425, for 45 units) $19125<br>stryker powerpro gurneys (14x3500) $49000<br>stryker powerpro gurneys XPS (2x4000) $8000<br>stryker stair chairs (18x900) $16200<br>ferno proflexx 28z gurneys (5x2000) $10000<br>Location: In debtor's possession | | $ 129,050.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops – growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | Total ➔ | | $ 1,257,854.84 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re _Procare Mobile Response LLC_ _____,      Case No. _____
                 Debtor(s)                                                             (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H — Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>TCF Equipment Finance<br>11100 Wayzata Blvd Suite 801<br>Hopkins MN 55305 | X | | | | | $ 32,708.07 | $ 32,708.07 |
| | | Value: $ 0.00 | | | | | |
| Account No:<br>Creditor # : 2<br>Wells Fargo Equipment Finance<br>733 Marquette Ave Suite 700<br>Minneapolis MN 55402 | | Purchase Money Security<br>repossessed vehicles 1/6/2015;<br>debtor intends to claw back | | | | $ 38,103.16 | $ 38,103.16 |
| | | Value: $ 0.00 | | | | | |
| Account No:<br>Creditor # : 3<br>Wells Fargo Equipment Finance<br>733 Marquette Ave Suite 700<br>Minneapolis MN 55402 | | Purchase Money Security<br>repossessed vehicles 1/6/2015;<br>debtor intends to claw back | | | | $ 18,416.26 | $ 18,416.26 |
| | | Value: $ 0.00 | | | | | |
| <u>1</u>    continuation sheets attached | | Subtotal $<br>(Total of this page) | | | | $ 89,227.49 | $ 89,227.49 |
| | | Total $<br>(Use only on last page) | | | | $ | $ |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re _Procare Mobile Response LLC_ _____,    Case No. _____
        Debtor(s)    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien / H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>Wells Fargo Equipment Finance<br>733 Marquette Ave Suite 700<br>Minneapolis MN 55402 | X | Purchase Money Security repossessed vehicles 1/6/2015; debtor intends to claw back<br><br>Value: $ 0.00 | | | | $ 54,894.58 | $ 54,894.58 |
| Account No:<br>Creditor # : 5<br>Wells Fargo Equipment Finance<br>733 Marquette Ave Suite 700<br>Minneapolis MN 55402 | | 12/16/14<br>Purchase Money Security repossessed vehicles 1/6/2015; debtor intends to claw back<br><br>Value: $ 0.00 | | | | $ 52,300.70 | $ 52,300.70 |
| Account No:<br><br><br> | | <br><br>Value: | | | | | |
| Account No:<br><br><br> | | <br><br>Value: | | | | | |
| Account No:<br><br><br> | | <br><br>Value: | | | | | |
| Account No:<br><br><br> | | <br><br>Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 107,195.28 | $ 107,195.28 |
| Total $ (Use only on last page) | $ 196,422.77 | $ 196,422.77 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re   Procare Medical Response LLC                  ,          Case No._____
                        Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ Domestic Support Obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/13) – Cont.

In re  Procare Medical Response LLC            ,     Case No._____
_____                              (if known)
*Debtor*

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_22_  continuation sheets attached

Official Form 6E (04/10) – Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No._____
                        **Debtor(s)**                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Extensions of credit in an involuntary case*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 1* <br> *Kwang Soo Son* <br> *334 S Westlake Ave #115* <br> *Los Angeles CA 90057* | | | *Wages, December 2014* | | | | $ 1,532.94 | $ 1,532.94 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority |
|---|---|---|---|
| Subtotal $ (Total of this page) | 1,532.94 | 1,532.94 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | ▓▓▓▓ | ▓▓▓▓ |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | ▓▓▓▓ | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,        Case No. _____
                  **Debtor(s)**                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 2 Abraham J Karamanian 5607 S Denker Ave Los Angeles CA 90062 | | Wages, December 2014 | | | | | $ 1,220.15 | $ 1,220.15 | $ 0.00 |
| **Account No:** Creditor # : 3 Adrian Farias 18019 E. Laxford Rd. Azusa CA 91702 | | Wages, December 2014 | | | | | $ 1,179.72 | $ 1,179.72 | $ 0.00 |
| **Account No:** Creditor # : 4 Allan C. Brown 2214 W Ituni St. West Covina CA 91790 | | Wages, December 2014 | | | | | $ 1,469.40 | $ 1,469.40 | $ 0.00 |
| **Account No:** Creditor # : 5 Almicar N Mendez 902 E Màuna Loa Ave Azusa CA 91702 | | Wages, December 2014 | | | | | $ 2,580.65 | $ 2,580.65 | $ 0.00 |
| **Account No:** Creditor # : 6 Andrew P Owens 1370 Ximeno Ave Long Beach CA 90804 | | Wages, December 2014 | | | | | $ 946.89 | $ 946.89 | $ 0.00 |
| **Account No:** Creditor # : 7 Angel A Olguin Payan 4225 E Imperial Highway #F Lynwood CA 90262 | | Wages, December 2014 | | | | | $ 1,138.97 | $ 1,138.97 | $ 0.00 |

Sheet No. _2_ of _22_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled |
|---|---|---|---|
| **Subtotal $** (Total of this page) | 8,535.78 | 8,535.78 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No. _____
                    Debtor(s)                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 8<br>Anthony J Flournoy<br>5110 Romaine St.<br>Los Angeles CA 90029 | | Wages, December 2014 | | | | | $ 1,140.15 | $ 1,140.15 | $ 0.00 |
| Account No:<br>Creditor # : 9<br>Anthony M Morocco<br>11703 Leibacher Ave<br>Norwalk CA 90650 | | Wages, December 2014 | | | | | $ 1,436.00 | $ 1,436.00 | $ 0.00 |
| Account No:<br>Creditor # : 10<br>Armando Almanza<br>1321 S Highland Ave<br>Los Angeles CA 90019 | | Wages, December 2014 | | | | | $ 1,155.36 | $ 1,155.36 | $ 0.00 |
| Account No:<br>Creditor # : 11<br>Arutun Manukyan<br>115 N Jackson St. #202 1/2<br>Glendale CA 91206 | | Wages, December 2014 | | | | | $ 1,510.90 | $ 1,510.90 | $ 0.00 |
| Account No:<br>Creditor # : 12<br>Bernard Bryan Borromeo<br>20100 E. Arrow highway<br>Covina CA 91724 | | Wages, December 2014 | | | | | $ 1,926.10 | $ 1,926.10 | $ 0.00 |
| Account No:<br>Creditor # : 13<br>Brady W Jones<br>26432 OakdaleCanyon Ln<br>Canyon Country CA 91387 | | Wages, December 2014 | | | | | $ 1,787.31 | $ 1,787.31 | $ 0.00 |

Sheet No. __3__ of __22__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page)       8,955.82        8,955.82        0.00

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,        Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 14 <br> Brett T Drake <br> 10191 Kernwood Ct <br> Rancho Cucamonga CA 91737 | | Wages, December 2014 | | | | | $ 3,600.00 | $ 3,600.00 | $ 0.00 |
| Account No: <br> Creditor # : 15 <br> Canyoun M Williams <br> 1130 E Ave J-10 <br> Lancaster CA 93535 | | Wages, December 2014 | | | | | $ 2,582.64 | $ 2,582.64 | $ 0.00 |
| Account No: <br> Creditor # : 16 <br> Carlos E Cano <br> 12300 Sherman Way <br> North Hollywood CA 91605 | | Wages, December 2014 | | | | | $ 1,498.75 | $ 1,498.75 | $ 0.00 |
| Account No: <br> Creditor # : 17 <br> Cecilia G Yang <br> 839 Sunset Blvd <br> Arcadia CA 91007 | | Wages, December 2014 | | | | | $ 1,734.39 | $ 1,734.39 | $ 0.00 |
| Account No: <br> Creditor # : 18 <br> Christopher J Sanchez <br> 2740 E Valley View Ave <br> West Covina CA 91792 | | Wages, December 2014 | | | | | $ 1,278.57 | $ 1,278.57 | $ 0.00 |
| Account No: <br> Creditor # : 19 <br> Christopher P Marines <br> 11486 Garrick Ave <br> Sylmar CA 91342 | | Wages, December 2014 | | | | | $ 632.40 | $ 632.40 | $ 0.00 |

Sheet No. _4_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 11,326.75 | 11,326.75 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_____ ,    Case No._____
                    **Debtor(s)**                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 20 Clayton Williams 10335 South Gramercy Place Los Angeles CA 90047 | | Wages, December 2014 | | | | | $ 1,866.48 | $ 1,866.48 | $ 0.00 |
| Account No: Creditor # : 21 Craig W Capps 5571 Robinhood Ave Temple City CA 91780 | | Wages, December 2014 | | | | | $ 1,284.15 | $ 1,284.15 | $ 0.00 |
| Account No: Creditor # : 22 Daniel J Evans 161 W. Channel Rd #1 Santa Monica CA 90402 | | Wages, December 2014 | | | | | $ 838.93 | $ 838.93 | $ 0.00 |
| Account No: Creditor # : 23 Daniel T Craig 34 N Parkwood Avenue #3 Pasadena CA 91107 | | Wages, December 2014 | | | | | $ 1,018.48 | $ 1,018.48 | $ 0.00 |
| Account No: Creditor # : 24 David A Gomez-Dimas 9050 Burke St #29 | | Wages, December 2014 | | | | | $ 1,397.18 | $ 1,397.18 | $ 0.00 |
| Account No: Creditor # : 25 David A Johnson 239 Mountain Crest Rd. Duarte CA 91010 | | Wages, December 2014 | | | | | $ 2,113.61 | $ 2,113.61 | $ 0.00 |

Sheet No. _5_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled |
|---|---|---|---|
| Subtotal $ (Total of this page) | 8,518.83 | 8,518.83 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No. _____
      Debtor(s)                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 26 <br> David E Davilas <br> 625 N New Hampshire AVe #208 <br> Los Angeles CA 90004 | | Wages, December 2014 | | | | | $ 286.65 | $ 286.65 | $ 0.00 |
| Account No: <br> Creditor # : 27 <br> David Fallas <br> 681 Ocala Ave <br> La Puente CA 91744 | | Wages, December 2014 | | | | | $ 2,037.52 | $ 2,037.52 | $ 0.00 |
| Account No: <br> Creditor # : 28 <br> Dennis F. Aguilar <br> 1217 S. Hoover St. #11 <br> Los Angeles CA 90006 | | Wages, December 2014 | | | | | $ 1,742.83 | $ 1,742.83 | $ 0.00 |
| Account No: <br> Creditor # : 29 <br> Derek  K Tafua <br> 1000 S Euclid Ave <br> Pasadena CA 91106 | | Wages, December 2014 | | | | | $ 5,400.00 | $ 5,400.00 | $ 0.00 |
| Account No: <br> Creditor # : 30 <br> Edgardo Guzman <br> 2214 Workman St. # 5 <br> Los Angeles CA 90031 | | Wages, December 2014 | | | | | $ 1,787.97 | $ 1,787.97 | $ 0.00 |
| Account No: <br> Creditor # : 31 <br> Edward J Kyles <br> 194 W Monatana St <br> Pasadena CA 91103 | | Wages, December 2014 | | | | | $ 982.20 | $ 982.20 | $ 0.00 |

Sheet No. _6_ of _22_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled |
|---|---|---|---|
| Subtotal $ (Total of this page) | 12,237.17 | 12,237.17 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,   Case No._____
  **Debtor(s)**                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 32<br>Edwin A Perdomo<br>1955 W. 56th Place | | Wages, December 2014 | | | | $ 936.11 | $ 936.11 | $ 0.00 |
| Account No:<br>Creditor # : 33<br>Emilio A. B. Farran<br>1737 N. Serrano Ave. #8<br>Los Angeles CA 90027 | | Wages, December 2014 | | | | $ 1,646.56 | $ 1,646.56 | $ 0.00 |
| Account No:<br>Creditor # : 34<br>Emily E Kapitanski<br>615 S Glendale Blvd #27<br>Glendale CA 91205 | | Wages, December 2014 | | | | $ 2,027.34 | $ 2,027.34 | $ 0.00 |
| Account No:<br>Creditor # : 35<br>Enrique E Delgado<br>5669 Baltimore St.<br>Los Angeles CA 90042 | | Wages, December 2014 | | | | $ 2,148.85 | $ 2,148.85 | $ 0.00 |
| Account No:<br>Creditor # : 36<br>Eric W Lundberg<br>2961 Fitzgerald Rd<br>Simi Valley CA 93065 | | Wages, December 2014 | | | | $ 1,294.08 | $ 1,294.08 | $ 0.00 |
| Account No:<br>Creditor # : 37<br>Erica M Jones<br>1816 E 122nd St<br>Los Angeles CA 90059 | | Wages, December 2014 | | | | $ 1,149.12 | $ 1,149.12 | $ 0.00 |

Sheet No. __7__ of __22__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal $<br>(Total of this page) | 9,202.06 | 9,202.06 | 0.00 |
| Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No._____
                          **Debtor(s)**                                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 38<br>Erick Trejo<br>10743 Cass St<br>Riverside CA 92505 | | Wages, December 2014 | | | | | $ 1,947.96 | $ 1,947.96 | $ 0.00 |
| Account No:<br>Creditor # : 39<br>Ernesto Castaneda Cecena<br>612 N. Wilcox Ave #23<br>Montebello CA 90640 | | Wages, December 2014 | | | | | $ 1,007.98 | $ 1,007.98 | $ 0.00 |
| Account No:<br>Creditor # : 40<br>Enerado Cisneros<br>3320 Adriatic Ave<br>Long Beach CA 90810 | | Wages, December 2014 | | | | | $ 1,040.66 | $ 1,040.66 | $ 0.00 |
| Account No:<br>Creditor # : 41<br>Fabian E Francia<br>415 Cortez Rd.<br>Arcadia CA 91007 | | Wages, December 2014 | | | | | $ 1,727.82 | $ 1,727.82 | $ 0.00 |
| Account No:<br>Creditor # : 42<br>Francisco Campos<br>1635 West 23rd St<br>Los Angeles CA 90007 | | Wages, December 2014 | | | | | $ 1,850.09 | $ 1,850.09 | $ 0.00 |
| Account No:<br>Creditor # : 43<br>Franco J. Hernandez<br>4810 N. Vincent Ave. #32<br>Covina CA 91722 | | Wages, December 2014 | | | | | $ 2,557.96 | $ 2,557.96 | $ 0.00 |

Sheet No. __8__ of __22__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority |
|---|---|---|---|
| Subtotal $ (Total of this page) | 10,132.47 | 10,132.47 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_____ ,    Case No._____
                **Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 44 Gandhi Ruiz 212 Banbridge Ave. La Puente CA 91744 | | Wages, December 2014 | | | | | | $ 5,200.00 | $ 5,200.00 | $ 0.00 |
| **Account No:** Creditor # : 45 Geovanny Lizama 1743 W 56th St Los Angeles CA 90062 | | Wages, December 2014 | | | | | | $ 6,800.00 | $ 6,800.00 | $ 0.00 |
| **Account No:** Creditor # : 46 Giovanni Ulloa 4903 N Briteview Dr Covina CA 91722 | | Wages, December 2014 | | | | | | $ 2,701.33 | $ 2,701.33 | $ 0.00 |
| **Account No:** Creditor # : 47 Gloria August-Jones 653 S. McDonnell Ave. Los Angeles CA 90022 | | Wages, December 2014 | | | | | | $ 1,688.24 | $ 1,688.24 | $ 0.00 |
| **Account No:** Creditor # : 48 Guillermo Lopez Ramirez 5228 Newtonia Drive Los Angeles CA 90032 | | Wages, December 2014 | | | | | | $ 1,942.45 | $ 1,942.45 | $ 0.00 |
| **Account No:** Creditor # : 49 Hector A Raygoza 2635 1/2 Alice St Los Angeles CA 90065 | | Wages, December 2014 | | | | | | $ 2,711.19 | $ 2,711.19 | $ 0.00 |

Sheet No. _9_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 21,043.21 | 21,043.21 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_____ ,    Case No._____
                              Debtor(s)                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim / H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 50<br>Hector Avila<br>4034 Prospect Ave. #6<br>Los Angeles CA 90027 | | Wages, December 2014 | | | | $ 1,235.40 | $ 1,235.40 | $ 0.00 |
| Account No:<br>Creditor # : 51<br>Hector J Quiroz Medina<br>3514 1/2 Siskiyou St<br>Los Angeles CA 90023 | | Wages, December 2014 | | | | $ 1,600.20 | $ 1,600.20 | $ 0.00 |
| Account No:<br>Creditor # : 52<br>Humberto N Ventura<br>1777 Belmont Ave<br>Pasadena CA 91103 | | Wages, December 2014 | | | | $ 769.93 | $ 769.93 | $ 0.00 |
| Account No:<br>Creditor # : 53<br>Ishmael D Delgado<br>1221 E Harvard St. #B<br>Glendale CA 91203 | | Wages, December 2014 | | | | $ 1,161.50 | $ 1,161.50 | $ 0.00 |
| Account No:<br>Creditor # : 54<br>Jacinto Flores Hernandez<br>4366 Ventura Cyn Ave. #10<br>Sherman Oaks CA 91423 | | Wages, December 2014 | | | | $ 1,768.90 | $ 1,768.90 | $ 0.00 |
| Account No:<br>Creditor # : 55<br>Jeffrey Cortez<br>9251 Pleasanthurst Ct.<br>Riverside CA 92509 | | Wages, December 2014 | | | | $ 2,221.83 | $ 2,221.83 | $ 0.00 |

Sheet No. _10_ of _22_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page)    8,757.76    8,757.76    0.00

Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Total $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No._____
    **Debtor(s)**    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community / Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 56<br>Jeffrey T Sokolovysky<br>18811 Salt Lake Place<br>Porter Ranch CA 91326 | | Wages, December 2014 | | | | $ 1,586.30 | $ 1,586.30 | $ 0.00 |
| Account No:<br>Creditor # : 57<br>Jeremy E Torres<br>6498 Broken Star Ct<br>Rancho Cucamonga CA 91701 | | Wages, December 2014 | | | | $ 2,347.61 | $ 2,347.61 | $ 0.00 |
| Account No:<br>Creditor # : 58<br>Jesse Melgar<br>847 Santa Barbara St<br>Pasadena CA 91101 | | Wages, December 2014 | | | | $ 1,394.46 | $ 1,394.46 | $ 0.00 |
| Account No:<br>Creditor # : 59<br>Jesus A Millan<br>1160 Bradford Dr<br>Glendora CA 91740 | | Wages, December 2014 | | | | $ 1,645.56 | $ 1,645.56 | $ 0.00 |
| Account No:<br>Creditor # : 60<br>Jesus E Leon<br>3876 Paddy Lane<br>Baldwin Park CA 91706 | | Wages, December 2014 | | | | $ 1,272.52 | $ 1,272.52 | $ 0.00 |
| Account No:<br>Creditor # : 61<br>Jesus F. Baxter<br>10237 Tujunga Cyn. Blvd. #309<br>Tujunga CA 91042 | | Wages, December 2014 | | | | $ 1,662.57 | $ 1,662.57 | $ 0.00 |

Sheet No. 11 of 22 continuation sheets
attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page) | 9,909.02 | 9,909.02 | 0.00

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No. _____
          **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 62 John G Baladad 215 N.Barranca St. #H Covina CA 91723 | | Wages, December 2014 | | | | $ 1,566.30 | $ 1,566.30 | $ 0.00 |
| Account No: Creditor # : 63 John Parker 2593 North Phyllis St Simi Valley CA 93065 | | Wages, December 2014 | | | | $ 3,294.47 | $ 3,294.47 | $ 0.00 |
| Account No: Creditor # : 64 Jonathan A Ventura 1777 Belmont Ave Pasadena CA 91103 | | Wages, December 2014 | | | | $ 1,307.32 | $ 1,307.32 | $ 0.00 |
| Account No: Creditor # : 65 Jonathan Cortez 9251 Pleasant hurst Ct Riverside CA 92509 | | Wages, December 2014 | | | | $ 2,392.74 | $ 2,392.74 | $ 0.00 |
| Account No: Creditor # : 66 Jonathan Shidlovitsky 1201 Larrabee St #107 West Hollywood CA 90069 | | Wages, December 2014 | | | | $ 5,700.00 | $ 5,700.00 | $ 0.00 |
| Account No: Creditor # : 67 Jordan L Olsen 510 Solway Street Glendale CA 91206 | | Wages, December 2014 | | | | $ 1,298.62 | $ 1,298.62 | $ 0.00 |

Sheet No. _12_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  |  |  |  |
|---|---|---|---|
| Subtotal $ (Total of this page) | 15,559.45 | 15,559.45 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,     Case No._____

          **Debtor(s)**                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 68<br>Jordon S McGinty<br>137 N Oak Knoll Ane #2<br>Pasadena CA 91101 | | Wages, December 2014 | | | | | $ 5,600.00 | $ 5,600.00 | $ 0.00 |
| Account No:<br>Creditor # : 69<br>Jorge L Riveros<br>526 Fairwood St<br>Duarte CA 91010 | | Wages, December 2014 | | | | | $ 1,368.00 | $ 1,368.00 | $ 0.00 |
| Account No:<br>Creditor # : 70<br>Jorge Ramirez<br>PO Box 3212<br>La Habra CA 90632 | | Wages, December 2014 | | | | | $ 1,608.92 | $ 1,608.92 | $ 0.00 |
| Account No:<br>Creditor # : 71<br>Jose L Sanchez<br>207 w 83rd st<br>Los Angeles CA 90003 | | Wages, December 2014 | | | | | $ 2,337.70 | $ 2,337.70 | $ 0.00 |
| Account No:<br>Creditor # : 72<br>Jose Pina<br>1322 S. Pine Ave | | Wages, December 2014 | | | | | $ 973.24 | $ 973.24 | $ 0.00 |
| Account No:<br>Creditor # : 73<br>Joseph Guzman<br>7935 Hellman Ave<br>Rancho Cucamonga CA 91730 | | Wages, December 2014 | | | | | $ 1,193.85 | $ 1,193.85 | $ 0.00 |

Sheet No. _13_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | 13,081.71 | 13,081.71 | 0.00 |
| Total $<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | |
| Total $<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No. _____
          Debtor(s)                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 74<br>Juan Ronquillo<br>6105 E Delphi<br>Los Angeles CA 90042 | | Wages, December 2014 | | | | | $ 1,653.12 | $ 1,653.12 | $ 0.00 |
| Account No:<br>Creditor # : 75<br>Julius Castillo<br>3515 Conata St.<br>Duarte CA 91010 | | Wages, December 2014 | | | | | $ 2,074.24 | $ 2,074.24 | $ 0.00 |
| Account No:<br>Creditor # : 76<br>Justin Evans<br>2020 W. El Segundo Blvd. #12<br>Gardena CA 90249 | | Wages, December 2014 | | | | | $ 1,178.56 | $ 1,178.56 | $ 0.00 |
| Account No:<br>Creditor # : 77<br>Krystle E Phuong<br>3238 Angelus Ave<br>Rosemead CA 91770 | | Wages, December 2014 | | | | | $ 1,867.55 | $ 1,867.55 | $ 0.00 |
| Account No:<br>Creditor # : 78<br>Kyle R Kennedy<br>358 E Greenhaven St.<br>Covina CA 91722 | | Wages, December 2014 | | | | | $ 7,000.00 | $ 7,000.00 | $ 0.00 |
| Account No:<br>Creditor # : 79<br>Laurel M White<br>248 Monroe Ave<br>Pomona CA 91767 | | Wages, December 2014 | | | | | $ 3,200.00 | $ 3,200.00 | $ 0.00 |

Sheet No. _14_ of _22_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled |
|---|---|---|---|
| Subtotal $ (Total of this page) | 16,973.47 | 16,973.47 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,          Case No. _____
                          **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 80<br>Louie F Gonzales<br>945 S. Shasta St.<br>West Covina CA 91791 | | | Wages, December 2014 | | | | $ 2,859.60 | $ 2,859.60 | $ 0.00 |
| Account No:<br>Creditor # : 81<br>Luis F Velasco<br>3912 Walnut St<br>Baldwin Park CA 91706 | | | Wages, December 2014 | | | | $ 2,550.02 | $ 2,550.02 | $ 0.00 |
| Account No:<br>Creditor # : 82<br>Marco A Reyes<br>902 E Mauna Loa Ave<br>Azusa CA 91702 | | | Wages, December 2014 | | | | $ 2,998.38 | $ 2,998.38 | $ 0.00 |
| Account No:<br>Creditor # : 83<br>Marco A Urzua Tapia<br>1638 W 24th St | | | Wages, December 2014 | | | | $ 2,115.00 | $ 2,115.00 | $ 0.00 |
| Account No:<br>Creditor # : 84<br>Marco A. Banuelos<br>424 S. Stoneman Ave. #D<br>Alhambra CA 91801 | | | Wages, December 2014 | | | | $ 1,470.43 | $ 1,470.43 | $ 0.00 |
| Account No:<br>Creditor # : 85<br>Marcus R Sotelo<br>911 W Huntington Dr #5<br>Arcadia CA 91007 | | | Wages, December 2014 | | | | $ 3,068.51 | $ 3,068.51 | $ 0.00 |

Sheet No. _15_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 15,061.94 | 15,061.94 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,        Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 86<br>Maria Cristina L Sebastian<br>5503 Pepperwood Ave<br>Lakewood CA 90712 | | | Wages, December 2014 | | | | $ 7,400.00 | $ 7,400.00 | $ 0.00 |
| Account No:<br>Creditor # : 87<br>Maribel Esquivel<br>1011 S Tamarind Ave<br>Compton CA 90220 | | | Wages, December 2014 | | | | $ 2,320.40 | $ 2,320.40 | $ 0.00 |
| Account No:<br>Creditor # : 88<br>Martin A Henderson<br>11260 Overland Ave #7A<br>Culver City CA 90230 | | | Wages, December 2014 | | | | $ 1,367.73 | $ 1,367.73 | $ 0.00 |
| Account No:<br>Creditor # : 89<br>Matthew D Conn<br>1876 Duncan Street<br>Simi Valley CA 93065 | | | Wages, December 2014 | | | | $ 2,223.32 | $ 2,223.32 | $ 0.00 |
| Account No:<br>Creditor # : 90<br>Melody M Thiessen<br>2302 Graham Ave<br>Redondo Beach CA 90278 | | | Wages, December 2014 | | | | $ 1,750.87 | $ 1,750.87 | $ 0.00 |
| Account No:<br>Creditor # : 91<br>Michael A Roux<br>2136 S Victoria Ave<br>Los Angeles CA 90016 | | | Wages, December 2014 | | | | $ 3,036.20 | $ 3,036.20 | $ 0.00 |

Sheet No. _16_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal $ (Total of this page) | 18,098.52 | 18,098.52 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_____ ,          Case No._____
                        **Debtor(s)**                                                          (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 1,853.10 | $ 1,853.10 | $ 0.00 |
| Creditor # : 92 Minku M Kang 1301 S. Atlantic Blvd. #303A Monterey Park CA 91754 | | Wages, December 2014 | | | | | | |
| Account No: | | | | | | $ 854.46 | $ 854.46 | $ 0.00 |
| Creditor # : 93 Misael Gonzales 540 S Catalina St #401 Los Angeles CA 90020 | | Wages, December 2014 | | | | | | |
| Account No: | | | | | | $ 1,922.34 | $ 1,922.34 | $ 0.00 |
| Creditor # : 94 Monika M Stewart 921 E 43rd Pl Los Angeles CA 90011 | | Wages, December 2014 | | | | | | |
| Account No: | | | | | | $ 1,098.72 | $ 1,098.72 | $ 0.00 |
| Creditor # : 95 Mykel P Rodriguez 11214 Clarkman Santa Fe Springs CA 90670 | | Wages, December 2014 | | | | | | |
| Account No: | | | | | | $ 1,680.00 | $ 1,680.00 | $ 0.00 |
| Creditor # : 96 Nick S Delucia 26130 Narbonne Ave #106 Lomita CA 90717 | | Wages, December 2014 | | | | | | |
| Account No: | | | | | | $ 2,262.96 | $ 2,262.96 | $ 0.00 |
| Creditor # : 97 Oscar Garcia 8421 Cedros Ave #320 Panorama City CA 91402 | | Wages, December 2014 | | | | | | |

Sheet No. _17_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 9,671.58 | 9,671.58 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No._____
                        **Debtor(s)**                                                      (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 98 Pablo Barroso 10968 Pope Ave. Lynwood CA 90262 | | | Wages, December 2014 | | | | $ 2,451.33 | $ 2,451.33 | $ 0.00 |
| **Account No:** Creditor # : 99 Pablo Vasquez 10270 Tujunga Cyn Blvd #208 Tujunga CA 91042 | | | Wages, December 2014 | | | | $ 2,307.24 | $ 2,307.24 | $ 0.00 |
| **Account No:** Creditor # : 100 Paul F Gomez 841 W. Chester Rd. Covina CA 91722 | | | Wages, December 2014 | | | | $ 1,841.49 | $ 1,841.49 | $ 0.00 |
| **Account No:** Creditor # : 101 Pedro A. Blanco 1000 E 150th St. Compton CA 90220 | | | Wages, December 2014 | | | | $ 1,340.90 | $ 1,340.90 | $ 0.00 |
| **Account No:** Creditor # : 102 Rafael Tapia 15210 Sherman Way Van Nuys CA 91405 | | | Wages, December 2014 | | | | $ 567.00 | $ 567.00 | $ 0.00 |
| **Account No:** Creditor # : 103 Ramon Baraijas 2640 Ganahl St. Los Angeles CA 90033 | | | Wages, December 2014 | | | | $ 887.98 | $ 887.98 | $ 0.00 |

Sheet No. _18_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 9,395.94 | 9,395.94 | 0.00 |

Total $
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Total $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No. _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 104  Randy A Garcia  2709 Bel Circle  Simi Valley CA 93063 | | Wages, December 2014 | | | | $ 1,717.60 | $ 1,717.60 | $ 0.00 |
| Account No:  Creditor # : 105  Robert M Estrada  13633 Dicky St  Whittier CA 90605 | | Wages, December 2014 | | | | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| Account No:  Creditor # : 106  Ronald Gonzales  424 Stoneman #D  Alhambra CA 91801 | | Wages, December 2014 | | | | $ 1,447.10 | $ 1,447.10 | $ 0.00 |
| Account No:  Creditor # : 107  Ruben Vasquez  471 W Montana  Pasadena CA 91103 | | Wages, December 2014 | | | | $ 2,315.43 | $ 2,315.43 | $ 0.00 |
| Account No:  Creditor # : 108  Ruslan D Kazlak  901 S Idaho St # 2  La Habra CA 90631 | | Wages, December 2014 | | | | $ 2,800.00 | $ 2,800.00 | $ 0.00 |
| Account No:  Creditor # : 109  Salvador Vasquez  1831 W 24th Street  Los Angeles CA 90018 | | Wages, December 2014 | | | | $ 1,239.84 | $ 1,239.84 | $ 0.00 |

Sheet No. _19_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 14,519.97 | 14,519.97 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address including ZIP Code, and Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 110 Sara Martinez 1916 Browning Blvd Los Angeles CA 90062 | | Wages, December 2014 | | | | | $ 605.00 | $ 605.00 | $ 0.00 |
| Account No: Creditor # : 111 Shay Keys 514 S Adams St #1 Glendale CA 91205 | | Wages, December 2014 | | | | | $ 1,146.92 | $ 1,146.92 | $ 0.00 |
| Account No: Creditor # : 112 Siavash Khazeli 12450 Culver Blvd #301 Los Angeles CA 90066 | | Wages, December 2014 | | | | | $ 2,151.22 | $ 2,151.22 | $ 0.00 |
| Account No: Creditor # : 113 Stephen H George 23845 Del Monte Dr # 77 Valencia CA 91355 | | Wages, December 2014 | | | | | $ 742.50 | $ 742.50 | $ 0.00 |
| Account No: Creditor # : 114 Tamika D Marshall 1816 E 122nd St Los Angeles CA 90059 | | Wages, December 2014 | | | | | $ 5,600.00 | $ 5,600.00 | $ 0.00 |
| Account No: Creditor # : 115 Tanu Hsu 253 W. Fairfax Ave Glendale CA 91202 | | Wages, December 2014 | | | | | $ 2,036.60 | $ 2,036.60 | $ 0.00 |

Sheet No. _20_ of _22_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal $ (Total of this page) | 12,282.24 | 12,282.24 | 0.00 |
|---|---|---|---|---|
|  | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
|  | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_ _____,    Case No._____
              **Debtor(s)**    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 116 Tatyana Ganopolskaya 2110 Hercules Dr. Los Angeles CA 90046 | | Wages, December 2014 | | | | $ 1,800.00 | $ 1,800.00 | $ 0.00 |
| Account No: Creditor # : 117 Timm E Shelton 938 W 137th St Compton CA 90222 | | Wages, December 2014 | | | | $ 2,197.80 | $ 2,197.80 | $ 0.00 |
| Account No: Creditor # : 118 Torrey L Clemmons 8909 S 11th Ave Inglewood CA 90305 | | Wages, December 2014 | | | | $ 1,750.14 | $ 1,750.14 | $ 0.00 |
| Account No: Creditor # : 119 Trent Osaki 2816 N Marvista Pasadena CA 91105 | | Wages, December 2014 | | | | $ 969.90 | $ 969.90 | $ 0.00 |
| Account No: Creditor # : 120 Tyrone Patnett 2181 Bella Vista Way Pomona CA 91766 | | Wages, December 2014 | | | | $ 3,200.00 | $ 3,200.00 | $ 0.00 |
| Account No: Creditor # : 121 Valanie V Ibarra 5833 Morrill Ave Whittier CA 90606 | | Wages, December 2014 | | | | $ 963.38 | $ 963.38 | $ 0.00 |

Sheet No. _21_ of _22_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 10,881.22 | 10,881.22 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re _Procare Mobile Response LLC_____ ,      Case No._____
                    **Debtor(s)**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Wages, salaries, and commissions_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 122** Yolanda Kennedy 358 E Greenhaven St. Covina CA 91722 | | | Wages, December 2014 | | | | $ 1,522.13 | $ 1,522.13 | $ 0.00 |
| Account No: **Creditor # : 123** Zinovy Ganopolsky 2110 Hercules Dr Los Angeles CA 90046 | | | Wages, December 2014 | | | | $ 6,700.00 | $ 6,700.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority |
|---|---|---|---|
| Sheet No. _22_ of _22_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotal $ (Total of this page) | 8,222.13 | 8,222.13 | 0.00 |
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 253,899.98 | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 253,899.98 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Procare Mobile Response LLC_____,   Case No._____
     **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 1_<br>_Adam J Stafford_<br>_10025 De Soto Ave #251_<br>_Chatsworth CA 91311_ | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No:<br>_Creditor # : 2_<br>_Addison Deboom_<br>_2100 Fanwood Ave_<br>_Long Beach CA 90815_ | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No:<br>_Creditor # : 3_<br>_Alejandro Chavira_<br>_411 Buckthorn St._<br>_Inglewood CA 90301_ | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No:<br>_Creditor # : 4_<br>_Alejandro Lopez_<br>_484 S Clarence St #132_<br>_Los Angeles CA 90033_ | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |

_33_ continuation sheets attached

Subtotal $      $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____,    Case No._____
    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 5 Alex Jauregui 1016 E Philadelphia St Pomona CA 91766 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| **Account No:** Creditor # : 6 Alex R Miller 2913 Somerset Dr. Los Angeles CA 90016 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| **Account No:** Creditor # : 7 Alexander Gomez 804 S Magnolia West Covina CA 91791 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| **Account No:** Creditor # : 8 Alexander Ruiz 1509 Imperial Hwy Los Angeles CA 90047 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| **Account No:** Creditor # : 9 Andrea Hurns 605 W Hyde Park Blvd#5 Inglewood CA 90302 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| **Account No:** Creditor # : 10 Andrew Choe 4937 Lauderdale Ave La Crescenta CA 91214 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |

Sheet No. __1__ of __33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Procare Mobile Response LLC_____,    Case No._____
                Debtor(s)             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 11 Angela A. Bautista 159 W. Figureroa Dr. Altadena CA 91001 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 12 Anne Davis-Sandgren 5423 2nd Ave Los Angeles CA 90043 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 13 Anthony Hurley-Bell 17638 Crabapple Way Carson CA 90746 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 14 April Ribera 619 Colonia De Los Cedros Los Angeles CA 90022 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 15 Aurora Escobar 8021 Clarianda Ave Pico Rivera CA 90660 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 16 Aziz Syed 1230 Hansen Ave Pomona CA 91766 | | | notice only: potential liability to former employee | | | | |

Sheet No. _2_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal $    $ 0.00

                               Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Procare Mobile Response LLC_____,      Case No._____
           Debtor(s)                                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 Brandon Doucette 1777 S Fairfax Ave Los Angeles CA 90019 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No: Creditor # : 18 Brian D Perdomo 14530 Freeman Ave #9 Lawndale CA 90260 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No: Creditor # : 19 Brian D Roux 2136 S Victoria Ave Los Angeles CA 90016 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No: Creditor # : 20 Calen Powell 926 Locust Ave #223 Long Beach CA 90813 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No: Creditor # : 21 Carlos A Gomez 537 1/2 Elmwood Burbank CA 91501 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No: Creditor # : 22 Carlos Gudino 14608 Behrens Ave Norwalk CA 90650 | | | *notice only: potential liability to former employee* | | | | $ 0.00 |

Sheet No. _3_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____,          Case No._____
              **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 23 Carlos Mojica 6215 Canobie Ave #b Whittier CA 90601 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 24 Cedric Washington 2671 E Wall Street Signal Hill CA 90755 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | X | | | | X | | $ 11,000.00 |
| Creditor # : 25 Champion Broadband 2702 Media Center Drive Los Angeles CA 90065 | | | potential liability for unpaid rents  *Subject to Setoff* | | | | |
| **Account No:** | | | | | | | |
| Representing: Champion Broadband | | | Los Angeles Media Tech Center c/o Michael Fragner Esq. 1100 Glendon Ave. 14th floor Los Angeles CA 90024 | | | | |
| **Account No:** | | | | | | | |
| Representing: Champion Broadband | | | Claudia Paul 28702 Media Center Dr. Los Angeles CA 90065 | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 26 Charles Bowen 13022 Jamie Ave Sylmar CA 91342 | | | notice only: potential liability to former employee | | | | |

Sheet No. **4** of **33** continuation sheets attached to Schedule of                   Subtotal $          $ 11,000.00
Creditors Holding Unsecured Nonpriority Claims                                            Total $
                                                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re *Procare Mobile Response LLC* _____,     Case No._____

      Debtor(s)                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Representing: Charles Bowen | | | Schonbrun DeSimone Seplow Harris & Hoffman LLP 715 Fremont Ave Ste A South Pasadena CA 91030 | | | | |
| Account No: 9787 Creditor # : 27 Chase Po Box 15298 Wilmington DE 19850 | | | Credit card for business | | | | $ 1,800.00 |
| Account No: Creditor # : 28 Chris Miles 1000 Church St Modesto CA 95357 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 29 Christian A. Alvarado 1475 SAn Gabriel Blvd #204 Rosemead CA 91770 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 30 Christian Lata 8154 Fairchild Ave Winnetka CA 91306 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 31 Christina L Kulvicki 3665 Hughes Ave #307 Los Angeles CA 90034 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No. 5 of 33 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,800.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *Procare Mobile Response LLC*                                    ,          Case No._____
                    **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 32<br>Christopher J Limajiliew<br>615 S Adams Street # 20<br>Glendale CA 91205 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 33<br>Clark Williams<br>4570 Sepulveda B1 #209 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 34<br>Clayton Kemble<br>PO Box 26444<br>Los Angeles CA 90026 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 35<br>Clayton R Brumbaugh<br>10801 Lemon Ave #1721<br>Rancho Cucamonga CA 91737 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 36<br>Cody Cubak<br>2421 Inola St.<br>San Dimas CA 91773 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 37<br>Daniel Doucette<br>1777 S. Fairfax Ave<br>Los Angeles CA 90019 | | | notice only: potential liability to former employee | | | | |

Sheet No. __6__ of __33__ continuation sheets attached to Schedule of                                   Subtotal $ | $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                                                        Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Procare Mobile Response LLC_____,    Case No. _____
　　　　　　　　Debtor(s)                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 38 Daniel Kazak 10414 Anada Ln. Rancho Cordova CA 95670 | | | *notice only: potential liability to former employee* | | | | |
| Account No:　· | | | | | | | $ 0.00 |
| Creditor # : 39 Danny Solis 26044 Shadwrock Lane Stevenson Ranch CA 91381 | | | *notice only: potential liability to former employee* | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 40 Darence Thong 1145 S Gladys Ave San Gabriel CA 91776 | | | *notice only: potential liability to former employee* | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 41 Darrell Kuncz 8036 Graystone St Sunland CA 91040 | | | *notice only: potential liability to former employee* | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 42 Daryl J Nemecek 4008 N. Wanuthaven Dr. Covina CA 91722 | | | *notice only: potential liability to former employee* | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 43 Dave Castillo 706 S Monterey Ave Monrovia CA 91016 | | | *notice only: potential liability to former employee* | | | | |

Sheet No. _7_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Procare Mobile Response LLC_ _____,    Case No. _____
                        **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _Creditor # : 44_ _David Berberian_ _10604 Valley Spring Lane #203_ _North Hollywood CA 91602_ | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No: _Creditor # : 45_ _David Lee_ _3200 Fairesta #10_ _La Crescenta CA 91214_ | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No: _Creditor # : 46_ _Derek Still_ _4535 Murietta Ave_ _Sherman Oaks CA 91423_ | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No: _Creditor # : 47_ _Derrick Miles_ _18603 Vidora Dr_ _Rowland Heights CA 91748_ | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No: _Creditor # : 48_ _Donald Gotez_ _8525 Eucalyptus St._ _Downey CA 90242_ | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No: _Creditor # : 49_ _Eddie Ruiz_ _4084 W 129th St_ _Hawthorne CA 90250_ | | _notice only: potential liability to former employee_ | | | | $ 0.00 |

Sheet No. _8_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 0.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____ ,     Case No._____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 50<br>Edgardo Villanueva<br>3820 City Terrance Dr. #2<br>Los Angeles CA 90063 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No:<br>Creditor # : 51<br>Eduardo Aguilar<br>7751 Rundell St<br>Downey CA 90242 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No:<br>Creditor # : 52<br>Edward Argueta<br>9024 Gaymount Ave<br>Downey CA 90240 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No:<br>Creditor # : 53<br>Elias Rivera<br>3241 W. 11 Pl<br>Inglewood CA 90303 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No:<br>Creditor # : 54<br>Emily Lamb<br>350 N Rob Way<br>Villa Park CA 92861 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No:<br>Creditor # : 55<br>Emmanuel Montellano<br>633 La Seda Rd<br>La Puente CA 91744 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No._9_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_ _____,    Case No. _____
                        Debtor(s)                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 56 Erin Hale 734 S. Sutter Ave. San Bernardino CA 92410 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 57 Farrokh Tehrani 3813 Pershing Dr Playa del Rey CA 90293 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 58 Felix Chevrolet 3330 S. Figueroa St Los Angeles CA 90007 | | | Vehicle repairs | | | | $ 3,189.24 |
| Account No: Creditor # : 59 Fernando Melara 917 Nolden ST #6 Los Angeles CA 90042 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 60 Francisco Ramos 223 E Los Angeles Ave Monrovia CA 91016 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 61 Francisco Torres 1924 Daly St Los Angeles CA 90031 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No. _10_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,189.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Procare Mobile Response LLC_ _____,      Case No. _____
              **Debtor(s)**                                                             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 62 George Olage 9621 Cedartree Rd Maywood CA 90270 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 63 Gildardo Montemira 2702 Media Center Dr Los Angeles CA 90065 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 64 Gregory Bush 3701 Inglewood Ave #106 Redondo Beach CA 90278 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 65 Gregory Friebel 148 highland Ave Los Angeles CA 90036 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 66 Harout C. Gulesserian 500 Ramona Ave. Sierra Madre CA 91024 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 67 Hector Rodrigues 15124 E Flynn St La Puente CA 91744 | | | notice only: potential liability to former employee | | | | |

Sheet No. _11_ of _33_ continuation sheets attached to Schedule of          Subtotal $     $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                  Total $
                                              (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Procare Mobile Response LLC_ _____,      Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 68 Herson R Pirique 5556 Sun Lane Bell CA 90201 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 12,740.99 |
| Creditor # : 69 Hooper Lundy & Bookman 1875 Century Park East suite 1 Los Angeles CA 90067 | | | Attorneys Fees | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 70 Isaac Y Yuh 1699 Beverly Dr Pasadena CA 91104 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 71 Israel Mejia 3224 Baldwin Park Baldwin Park CA 91706 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 72 Jacob A Perry 1159 Isabel Street Los Angeles CA 90065 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 73 Jaime Contreras 234 S Figueroa St #335 Los Angeles CA 90012 | | | notice only: potential liability to former employee | | | | |

Sheet No. _12_ of ___33_ continuation sheets attached to Schedule of          Subtotal $ | $ 12,740.99
Creditors Holding Unsecured Nonpriority Claims                                    Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Procare Mobile Response LLC_____ ,    Case No._____
    _____Debtor(s)                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 74 James Pintado 2465 N Altadena Dr Altadena CA 91001 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 75 Jamin Mauro 1126 N Valley St Burbank CA 91505 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 76 Janet Hernandez 13162 Ottoman Pacoima CA 91331 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 77 Jascha Dlagatch 15632 Meadow Dr. Canyon Country CA 91387 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 78 Jason E Clark 519 S Almanson Street #80 Alhambra CA 91801 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 79 Jeffrey Sutphen 18543 Laxford Rd Covina CA 91722 | | | notice only: potential liability to former employee | | | | |

Sheet No. _13_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Procare Mobile Response LLC_____,    Case No._____
                    **Debtor(s)**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 80 Jesse Williams 13870 Senna St Hesperia CA 92345 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 81 Jessica Lemus 12418 Hammack St. Los Angeles CA 90066 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 82 Jesus Marines 3520 Belford Ave Los Angeles CA 90045 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 83 John Mikell 5023 Onaknoll Ave Los Angeles CA 90034 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 84 Jonathan Barrett 26504 Mistletoe Ct. Valencia CA 91355 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 85 Jonathan Boscarino 25420 Via Dabna Valencia CA 91355 | | | notice only: potential liability to former employee | | | | |

Sheet No. _14_ of _33_ continuation sheets attached to Schedule of                  Subtotal $          $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                        Total $
                                                                                                        .
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____,    Case No. _____
         Debtor(s)                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 86 Jonathan Carpenter 1114 E Ada Avenue Glendora CA 91741 | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 87 Jonathan Cowan 3125 Omega Ave Simi Valley CA 93063 | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 88 Jonathan Freed 17958 Quantico Rd. #4 Apple Valley CA 92307 | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 89 Jonathan Perez 15844 Stetson Way Victorville CA 92394 | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 90 Jonathan Trujillo 9771 Helen Ave Sunland CA 91040 | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 91 Jorge Andrade 1711 Granville Ave #11 Los Angeles CA 90025 | | notice only: potential liability to former employee | | | | |

Sheet No. _15_ of _33_ continuation sheets attached to Schedule of         Subtotal $ | $ 0.00
Creditors Holding Unsecured Nonpriority Claims              Total $ |
                  (Use only on last page of the completed Schedule F. Report also on Summary of
                  Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____,     Case No._____
      Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 92 Jose Delgado 4912 La Sema Baldwin Park CA 91706 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 93 Joseph Allen 1301 E 70th St. Los Angeles CA 90001 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 94 Joseph Jauregui 35530 Trenmar Acton CA 93510 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 95 Joseph R Cavallo 3737 Balmont St. Lancaster CA 93536 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 96 Joseph Redi 2117 Bromfield Simi Valley CA 93065 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 97 Justin Knight 1550 20th St West #53 Rosamond CA 93560 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No. _16_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                   $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Procare Mobile Response LLC_ _____ ,          Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 98<br>Kaufman Dolowich & Voluck LLP<br>135 Crossways Park Dr. Ste 201<br>Woodbury NY 11797 | | | _non-bankruptcy related attorneys' fees_ | | | | $ 7,819.00 |
| Account No:<br>Creditor # : 99<br>Keith Myers<br>3308 Hyde Park Bl<br>Los Angeles CA 90043 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No:<br>Creditor # : 100<br>Kenneth Green<br>43464 Gasdn Ave #191<br>Lancaster CA 93534 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No:<br>Creditor # : 101<br>Kenneth Gutierres<br>1825 Ivar Ave #301 H<br>Los Angeles CA 90028 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No:<br>Creditor # : 102<br>Khalid Muhammad<br>13801 Paramount BL #214<br>Paramount CA 90723 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No:<br>Creditor # : 103<br>Kim Miller<br>1114 Cambridge Ct<br>Lancaster CA 93535 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |

Sheet No. _17_ of _33_ continuation sheets attached to Schedule of          Subtotal $          $ 7,819.00
Creditors Holding Unsecured Nonpriority Claims                                    Total $
                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *Procare Mobile Response LLC* _____ ,    Case No. _____
                     **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 104 Kyle Diaz 12231 Dunrobin Ave Downey CA 90242 | | | *notice only: potential liability to former employee* | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 105 Lauren Woods 10513 8th Pl. Inglewood CA 90303 | | | *notice only: potential liability to former employee* | | | | |
| **Account No:** | | | | | | | $ 137.83 |
| Creditor # : 106 Leader Emergency Vehicles 10941 Weaver Ave South El Monte CA 91733 | | | *Vehicle repairs and parts* | | | | |
| **Account No:** | | | | | | | $ 903.23 |
| Creditor # : 107 Leader Emergency Vehicles 10941 Weaver Ave South El Monte CA 91733 | | | *Vehicle repairs and parts* | | | | |
| **Account No:** | | | | | | | $ 297.85 |
| Creditor # : 108 Leader Emergency Vehicles 10941 Weaver Ave South El Monte CA 91733 | | | *Vehicle repairs and parts* | | | | |
| **Account No:** | | | | | | | $ 398.57 |
| Creditor # : 109 Leader Emergency Vehicles 10941 Weaver Ave South El Monte CA 91733 | | | *Vehicle repairs and parts* | | | | |

Sheet No. _18_ of ___33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,737.48

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No. _____
                   **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 110 Leonel B Pleitez 43252 W 18th St Lancaster CA 93534 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No: Creditor # : 111 Lonetta Smith 2421 3rd Ave Los Angeles CA 90018 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No: Creditor # : 112 Los Angeles City Dot | | | _City of LA licenses for 9 ambulances_ | | | | $ 4,000.00 |
| Account No: Creditor # : 113 Los Angeles County EMS | | | _County Licenses for 9 ambulances_ | | | | $ 1,500.00 |
| Account No: Creditor # : 114 Louis Mendoza 1502 Howellhurst Dr. Baldwin Park CA 91706 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| Account No: Creditor # : 115 Lucia Antunez 23009 16th St Newhall CA 91321 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |

Sheet No. _19_ of _33_ continuation sheets attached to Schedule of                                  Subtotal $ | $ 5,500.00
Creditors Holding Unsecured Nonpriority Claims                                                          Total $ |
                                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No._____
              **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 117 Marc Stewart 14746 Costa Mesa Dr La Mirada CA 90638 | | | *notice only: potential liability to former employee* | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 118 Marcus R Franklin 817 E Calbas St Carson CA 90745 | | | *notice only: potential liability to former employee* | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 119 Mark S Medrano 2120 E 124th St. Compton CA 90222 | | | *notice only: potential liability to former employee* | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 120 Marvin Trigueros 480 Isabel St Los Angeles CA 90065 | | | *notice only: potential liability to former employee* | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 121 Matthan Jackson 4214 San Giovanni St Lancaster CA 93536 | | | *notice only: potential liability to former employee* | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 122 Matthew Mindanao 4301 Caledonia Way Los Angeles CA 90065 | | | *notice only: potential liability to former employee* | | | | |

Sheet No. _20_ of _33_ continuation sheets attached to Schedule of                         Subtotal $          $ 0.00
Creditors Holding Unsecured Nonpriority Claims
                                                                                            Total $
                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Procare Mobile Response LLC_____,    Case No._____
            Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 123 Matthew Swarbrick 22046 Conway Pl. Santa Clarita CA 91350 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 124 Maura Martinez 1716 Bay View Ave Wilmington CA 90744 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 125 Maura Quintero c/o Jeffrey C. Lyon, Lyon Law 400 Oceangate Dr. Ste 450 Long Beach CA 90802 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 126 Mauricio Grande 9824 Camarena Ave. 91736 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 127 Melissa Brown 14404 Lemoli Ave Hawthorne CA 90250 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 128 Mia Horn 3930 Roxanne Ave #3 Los Angeles CA 90008 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No. _21_ of _33_ continuation sheets attached to Schedule of                 Subtotal $        $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Procare Mobile Response LLC_____,     Case No._____
                        **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 129 Michael J. Bankhead 4084 W 129th St. #A Hawthorne CA 90250 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 130 Michael Mendez 6039 La Prada St Los Angeles CA 90042 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 131 Michael Schaefer 3616 West Bl Los Angeles CA 90016 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 132 Michael Tinker 1371 Locus St Pasadena CA 91106 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 133 Michael Yang 2255 Montrose Ave Montrose CA 91020 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 134 Miguel Alvarado 7659 Belpine Pl Rancho Cucamonga CA 91730 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No. _22_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____ ,          Case No._____
                Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 135 Miguel Martinez 1241 S. Berendo Street #7 Los Angeles CA 90006 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 136 Mike Tavera 11632 Planett Ave Downey CA 90241 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 137 Mireya Bojorquez 17634 Hibiscus Ct. Fontana CA 92335 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 138 Nicholas Rivas 1719 Fremont Ave #304 South Pasadena CA 91030 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 139 Niles Watson 1376 W 30th St Los Angeles CA 90007 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 140 Noe Rios 1338 Cordon Dr Los Angeles CA 90063 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No. _23_ of ___33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____ ,          Case No._____
          **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 141*<br>*Noel Santacruz*<br>*933 E. 116th Place*<br>*Los Angeles CA 90059* | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 142*<br>*Octavio Arce*<br>*4607 Maine*<br>*Baldwin Park CA 91706* | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 143*<br>*Omar A. Azeez*<br>*36523 25th St. E #n20*<br>*Palmdale CA 93550* | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 144*<br>*Patricio D. Barrionuevo*<br>*440 Myrtle St. #104*<br>*Glendale CA 91203* | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 145*<br>*Paul Arellano*<br>*2532 W Ave 30*<br>*Los Angeles CA 90065* | | | *notice only: potential liability to former employee* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 146*<br>*Paul Navarro*<br>*1935 E Garvey Ave #64*<br>*West Covina CA 91791* | | | *notice only: potential liability to former employee* | | | | $ 0.00 |

Sheet No. _24_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Procare Mobile Response LLC_ _____ ,            Case No._____
                    **Debtor(s)**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 147 Paul Washington 2619 Commodore St Los Angeles CA 90032 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 148 Payman Kazerouni 5320 Whitsett Ave #5 Valley Village  CA 91067 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 149 Peter J Grik 1463 N View Dr. Thousand Oaks CA 91362 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 150 Peter J Whang 2823 Manhattan Ave La Crescenta CA 91214 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 151 Randy Miller 1114 Cambridge Ct. Lancaster CA 93535 | | | notice only: potential liability to former employee | | | | |
| **Account No:** | | | | | | | $ 0.00 |
| Creditor # : 152 Raul Ramirez 7619 Bellaire Ave North Hollywood CA 91605 | | | notice only: potential liability to former employee | | | | |

Sheet No. _25_ of _33_ continuation sheets attached to Schedule of                          Subtotal $          $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                                   Total $
                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_ _____ ,        Case No._____
                  **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 153 Richard Alvarez 3927 Collis Ave Los Angeles CA 90032 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 154 Robert Carter 1700 West Blvd Los Angeles CA 90019 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 155 Robert Davilas 1386 Pierce St Pacoima CA 91331 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 156 Robert E Lafferty 24452 Valencia Blvd #9203 Valencia CA 91355 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 157 Robert Meza 112 E Alhambra Rd. #12 Alhambra CA 91801 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 158 Romeo Richardson 1024 S. Osage Ave #4 Inglewood CA 90301 | | | notice only: potential liability to former employee | | | | |

Sheet No.  26  of   33  continuation sheets attached to Schedule of                    Subtotal $                          $ 0.00
Creditors Holding Unsecured Nonpriority Claims
                                                                                        Total $
                        (Use only on last page of the completed Schedule F. Report also on Summary of
                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____ ,          Case No._____
                    **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 159 Rovina Melnik 1247 N Orange Grove Ave #106 Los Angeles CA 90046 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 160 Ruben Vargas 3901 Pine Ave El Monte CA 91731 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 161 Ryan Brosowske 16036 Tude Ave Apple Valley CA 92307 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 162 Ryan Liddle 4326 Highland Pl Riverside CA 92506 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 163 Ryan Matus 18344 Fondale St Azusa CA 91702 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 164 Salvador Rubio 4136 Abuer St. #44 Los Angeles CA 90032 | | | notice only: potential liability to former employee | | | | |

Sheet No. _27_ of _33_ continuation sheets attached to Schedule of                                        Subtotal $          $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                                                 Total $
                                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                                         Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No. _____

**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 165 Samson Bassey 23611 Arlington Ave. #202 Torrance CA 90501 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 166 Sandra Nunez 4536 Wesley Ave Los Angeles CA 90037 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 167 Sara Rush 4823 Birchland Pl Temple City CA 91780 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 168 Scott Sapers 113 W Freemont St. Montebello CA 90640 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 169 Sean Brittenum 2854 Sierra Madre Blvd Pasadena CA 91107 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 170 Sean Cleland 15337 Hunasaker AVe Paramount CA 90723 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |

Sheet No. _28_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Procare Mobile Response LLC_____,      Case No._____
                    Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 171 Sergio Aguierre 321 La Clede Ave Los Angeles CA 90039 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 172 Sergio Puentes 14751 Titus St #18 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 173 Seth Howard 13138 Moorpark St. #17 Sherman Oaks CA 91423 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 174 Sheldon Chivers 332 E Palm Ave #A | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 175 Stephen Reilly 16254 Devonshire St Granada Hills CA 91344 | | | notice only: potential liability to former employee | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 176 Steve Lovell 889 Victor Ave #4 Inglewood CA 90302 | | | notice only: potential liability to former employee | | | | |

Sheet No.  _29_ of  __33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_ _____ ,    Case No._____
                    Debtor(s)                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 177 Steven Alva 5033 W Ave L10 #8 Lancaster CA 93536 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 178 Steven FLoreman 223 E Los Angeles Ave Monrovia CA 91016 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 179 Steven Swayne 1872 Chatwin Ave Long Beach CA 90815 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 180 Susana Fuentes 2400 Cloverdale 9 Los Angeles CA 90016 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 181 Tanner Green 18550 Praire St. #15 Northridge CA 913241 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: Creditor # : 182 Thomas D Hatcher 641 E Sanderling Ontario CA 91761 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No. _30_ of _33_ continuation sheets attached to Schedule of          Subtotal $          $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                         Total $
                                        (Use only on last page of the completed Schedule F. Report also on Summary of
                                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_ _____,    Case No. _____
                Debtor(s)                                             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 183 Timothy Aguilera 814 Herring Ave West Covina CA 91790 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 184 Todd Filener 316 N Alameda Azusa CA 91702 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 185 Todd Ignat 15506 S Normandie #248 Gardena CA 90247 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 186 Travis Ring 171 W Palm Dr Arcadia CA 91007 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 187 Ty M Jackson 814 1/2 California St. Burbank CA 91505 | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |
| **Account No:** Creditor # : 188 Tyler Ficher 4520 Ashtree St. | | | _notice only: potential liability to former employee_ | | | | $ 0.00 |

Sheet No. _31_ of _33_ continuation sheets attached to Schedule of     Subtotal $       | $ 0.00
Creditors Holding Unsecured Nonpriority Claims     Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Procare Mobile Response LLC_ ,                    Case No. _____
             **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 189 Viktor Fuller 633 Molino Ave #44 Long Beach CA 90814 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 190 Vincent Corralejo 7500 Rentland West Hills CA 91307 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 191 Wex Fleet Universal PO Box 6293 Carol Stream IL 60197 | | | Fuel for Ambulances | | | | $ 53,062.51 |
| **Account No:** Creditor # : 192 William Young 2013 Cedarcreek St Canyon Country CA 91351 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 193 Xiaoxiao Tan 16544 Aquamarine Ct Chino Hills CA 91709 | | | notice only: potential liability to former employee | | | | $ 0.00 |
| **Account No:** Creditor # : 194 Yaferkie Jordan 1440 N Sepulveda #9 San Bernardino CA 92404 | | | notice only: potential liability to former employee | | | | $ 0.00 |

Sheet No. _32_ of _33_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 53,062.51

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Procare Mobile Response LLC_____,          Case No._____
                     Debtor(s)                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 195 Zachary D Schwartz 28540 Haskell Cyn. Rd Santa Clarita CA 91390 | | notice only: potential liability to former employee | | | | $ 0.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _33_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 0.00 |
| Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | $ 107,849.22 |

B6G (Official Form 6G) (12/07)

In re _Procare Mobile Response LLC_ _____ / Debtor    Case No. _____

<span style="float:right">(if known)</span>

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _office lease_<br>_2702 Media Center Dr._<br>_Los Angeles CA   90065_ | Contract Type: _Commercial lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest: _Lessee_<br>Description:<br><br>Buyout Option: |
| _State of California_<br>_POB 15300-C_<br>_Sacramento CA   95813_ | Contract Type: _Government contract_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _contract to provide ambulance services through Medi-Cal_<br>Buyout Option:<br>Government Contract: |
| _TCF Equipment Finance_<br>_11100 Wayzata Blvd Ste 801_<br>_Hopkins MN   55305_ | Contract Type: _auto lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _lease to purchase for $1 two ambulances_<br>Buyout Option: |
| _USA Department of Health Human_<br>_200 Independence Ave. SW_<br>_Washington DC   20201_ | Contract Type: _Government contract_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _contract to provide medicare services_<br>Buyout Option:<br>Government Contract: |
| _Wells Fargo Equipment Finance_<br>_733 Marquette Ave Ste 700_<br>_Minneapolis MN   55402_ | Contract Type: _auto lease_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: _lease to purchase for $1 seven ambulances_<br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re _Procare Mobile Response LLC_ _____ / Debtor        Case No. _____
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Brett Drake<br>2702 Media Center Dr.<br>Los Angeles CA  90065 | TCF Equipment Finance<br>11100 Wayzata Blvd Suite 801<br>Hopkins MN  55305<br><br>Wells Fargo Equipment Finance<br>733 Marquette Ave Suite 700<br>Minneapolis MN  55402 |
| Jonathan Shidlovitsky<br>2702 Media Center Dr.<br>Los Angeles CA  90065 | Champion Broadband<br>2702 Media Center Drive<br>Los Angeles CA  90065<br><br>TCF Equipment Finance<br>11100 Wayzata Blvd Suite 801<br>Hopkins MN  55305<br><br>Wells Fargo Equipment Finance<br>733 Marquette Ave Suite 700<br>Minneapolis MN  55402<br><br>Wex Fleet Universal<br>PO Box 6293<br>Carol Stream IL  60197 |
| Tricia Pedroza<br>2702 Media Center Dr.<br>Los Angeles CA  90065 | TCF Equipment Finance<br>11100 Wayzata Blvd Suite 801<br>Hopkins MN  55305<br><br>Wells Fargo Equipment Finance<br>733 Marquette Ave Suite 700<br>Minneapolis MN  55402 |
| Zinovy Ganopolsky<br>2702 Media Center Dr.<br>Los Angeles CA  90065 | Champion Broadband<br>2702 Media Center Drive<br>Los Angeles CA  90065<br><br>TCF Equipment Finance<br>11100 Wayzata Blvd Suite 801<br>Hopkins MN  55305 |

B6H (Official Form 6H) (12/07)

In re _Procare Mobile Response LLC_ _____ / Debtor    Case No. _____
                                                                                     (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Zinovy Ganopolsky...continued_ | _Wells Fargo Equipment Finance_<br>_733 Marquette Ave Suite 700_<br>_Minneapolis MN  55402_ |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:    Procare Mobile Response LLC

Case No.
Chapter    11

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:   ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---:|---:|
| PART A – GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1.  Gross Income For 12 Months Prior to Filing: | | $ 8,417,214.48 |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2.  Gross Monthly Income: | | $ 15,000.00 |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3.  Net Employee Payroll (Other Than Debtor) | $ 6,000.00 | |
| 4.  Payroll Taxes | 2,000.00 | |
| 5.  Unemployment Taxes | 1,000.00 | |
| 6.  Worker's Compensation | 0.00 | |
| 7.  Other Taxes | 0.00 | |
| 8.  Inventory Purchases (Including raw materials) | 0.00 | |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 0.00 | |
| 11. Utilities | 0.00 | |
| 12. Office Expenses and Supplies | 2,000.00 | |
| 13. Repairs and Maintenance | 0.00 | |
| 14. Vehicle Expenses | 0.00 | |
| 15. Travel and Entertainment | 0.00 | |
| 16. Equipment Rental and Leases | 0.00 | |
| 17. Legal/Accounting/Other Professional Fees | 0.00 | |
| 18. Insurance | 0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| | $ 0.00 | |
| | 0.00 | |
| | 0.00 | |
| 21. Other (Specify) | | |
|     postage and delivery of medicare appeals | $ 1,000.00 | |
| | 0.00 | |
| | 0.00 | |
| 22. Total Monthly Expenses | | $ 12,000.00 |
| PART D - ESTIMATED AVERAGE NET MONTHLY INCOME: | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ 3,000.00 |

Verification of Creditor Mailing List – (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
# Verification Pursuant to Local Rule 1007-2(d)

Name *Henry D. Paloci III*

Address *2800 Camino dos Rios #101A Newbury Park, CA 91320*

Telephone *888.777.2404*

[X]    Attorney for Debtor(s)
[ ]    Debtor In Pro Per

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>*In re   Procare Mobile Response LLC* | Case No. |
|---|---|
| | Chapter *11* |
| | |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _*33*___ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: *01/08/2015*

/s/ *Henry D. Paloci III*
Attorney: *Henry D. Paloci III*

/s/ *[signature]*
Debtor: *Procare Mobile Response LLC*
by: *[signature] Manager [signature]*
Joint Debtor:

Procare Mobile Response LLC
2702 Media Center Dr
Los Angeles  CA  90065


Henry D  Paloci III
2800 Camino dos Rios #101A
Newbury Park  CA  91320


Abraham J Karamanian
5607 S Denker Ave
Los Angeles  CA  90062


Adam J Staffford
10025 De Soto Ave #251
Chatsworth  CA  91311


Addison Deboom
2100 Fanwood Ave
Long Beach  CA  90815


Adrian Farias
18019 E  Laxford Rd
Azusa  CA  91702


Alejandro Chavira
411 Buckthorn St
Inglewood  CA  90301


Alejandro Lopez
484 S Clarence St #132
Los Angeles  CA  90033


Alex Jauregui
1016 E Philadelphia St
Pomona  CA  91766


Alex R Miller
2913 Somerset Dr
Los Angeles  CA  90016

Alexander Gomez
804 S Magnolia
West Covina   CA   91791


Alexander Ruiz
1509 Imperial Hwy
Los Angeles   CA   90047


Allan C  Brown
2214 W Ituni St
West Covina   CA   91790


Almicar N Mendez
902 E Mauna Loa Ave
Azusa   CA   91702


Andrea Hurns
605 W Hyde Park Blvd#5
Inglewood   CA   90302


Andrew Choe
4937 Lauderdale Ave
La Crescenta   CA   91214


Andrew P Owens
1370 Ximeno Ave
Long Beach   CA   90804


Angel A Olguin Payan
4225 E Imperial Highway #F
Lynwood   CA   90262


Angela A  Bautista
159 W  Figureroa Dr
Altadena   CA   91001


Anne Davis-Sandgren
5423 2nd Ave
Los Angeles   CA   90043

Anthony Hurley-Bell
17638 Crabapple Way
Carson  CA  90746


Anthony J Flournoy
5110 Romaine St
Los Angeles  CA  90029


Anthony M Morocco
11703 Leibacher Ave
Norwalk  CA  90650


April Ribera
619 Colonia De Los Cedros
Los Angeles  CA  90022


Armando Almanza
1321 S Highland Ave
Los Angeles  CA  90019


Arutun Manukyan
115 N Jackson St  #202 1/2
Glendale  CA  91206


Aurora Escobar
8021 Clarianda Ave
Pico Rivera  CA  90660


Aziz Syed
1230 Hansen Ave
Pomona  CA  91766


Bernard Bryan Borromeo
20100 E  Arrow highway
Covina  CA  91724


Brady W Jones
26432 OakdaleCanyon Ln
Canyon Country  CA  91387

Brandon Doucette
1777 S Fairfax Ave
Los Angeles  CA  90019


Brett Drake
2702 Media Center Dr
Los Angeles  CA  90065


Brett T Drake
10191 Kernwood Ct
Rancho Cucamonga  CA  91737


Brian D Perdomo
14530 Freeman Ave #9
Lawndale  CA  90260


Brian D Roux
2136 S Victoria Ave
Los Angeles  CA  90016


Calen Powell
926 Locust Ave #223
Long Beach  CA  90813


Canybun M Williams
1130 E Ave J-10
Lancaster  CA  93535


Carlos A Gomez
537 1/2 Elmwood
Burbank  CA  91501


Carlos E Cano
12300 Sherman Way
North Hollywood  CA  91605


Carlos Gudino
14608 Behrens Ave
Norwalk  CA  90650

Carlos Mojica
6215 Canobie Ave #b
Whittier  CA  90601


Cecilia G Yang
839 Sunset Blvd
Arcadia  CA  91007


Cedric Washington
2671 E Wall Street
Signal Hill  CA  90755


Champion Broadband
2702 Media Center Drive
Los Angeles  CA  90065


office lease
2702 Media Center Dr
Los Angeles  CA  90065


Charles Bowen
13022 Jamie Ave
Sylmar  CA  91342


Chase
Po Box 15298
Wilmington  DE  19850


Chris Miles
1000 Church St
Modesto  CA  95357


Christian A  Alvarado
1475 SAn Gabriel Blvd #204
Rosemead  CA  91770


Christian Lata
8154 Fairchild Ave
Winnetka  CA  91306

Christina L Kulvicki
3665 Hughes Ave #307
Los Angeles  CA  90034


Christopher J Limajiliew
615 S Adams Street # 20
Glendale  CA  91205


Christopher J Sanchez
2740 E Valley View Ave
West Covina  CA  91792


Christopher P Marines
11486 Garrick Ave
Sylmar  CA  91342


Clark Williams
4570 Sepulveda Bl #209


Claudia Paul
28702 Media Center Dr
Los Angeles  CA  90065


Clayton Kemble
PO Box 26444
Los Angeles  CA  90026


Clayton R Brumbaugh
10801 Lemon Ave #1721
Rancho Cucamonga  CA  91737


Clayton Williams
10335 South Gramercy Place
Los Angeles  CA  90047


Cody Cubak
2421 Inola St
San Dimas  CA  91773

Craig W Capps
5571 Robinhood Ave
Temple City  CA  91780


Daniel Doucette
1777 S  Fairfax Ave
Los Angeles  CA  90019


Daniel J Evans
161 W  Channel Rd #1
Santa Monica  CA  90402


Daniel Kazak
10414 Anada Ln
Rancho Cordova  CA  95670


Daniel T Craig
34 N Parkwood Avenue #3
Pasadena  CA  91107


Danny Solis
26044 Shadwrock Lane
Stevenson Ranch  CA  91381


Darence Thong
1145 S Gladys Ave
San Gabriel  CA  91776


Darrell Kuncz
8036 Graystone St
Sunland  CA  91040


Daryl J Nemecek
4008 N  Wanuthaven Dr
Covina  CA  91722


Dave Castillo
706 S Monterey Ave
Monrovia  CA  91016

David A Gomez-Dimas
9050 Burke St #29

David A Johnson
239 Mountain Crest Rd
Duarte   CA   91010

David Berberian
10604 Valley Spring Lane #203
North Hollywood   CA   91602

David E Davilas
625 N New Hampshire AVe #208
Los Angeles   CA   90004

David Fallas
681 Ocala Ave
La Puente   CA   91744

David Lee
3200 Fairesta #10
La Crescenta   CA   91214

Dennis F  Aguilar
1217 S  Hoover St  #11
Los Angeles   CA   90006

Derek   K Tafua
1000 S Euclid Ave
Pasadena  CA   91106

Derek Still
4535 Murietta Ave
Sherman Oaks   CA   91423

Derrick Miles
18603 Vidora Dr
Rowland Heights   CA   91748

Donald Gotez
8525 Eucalyptus St
Downey CA  90242


Eddie Ruiz
4084 W 129th St
Hawthorne  CA  90250


Edgardo Guzman
2214 Workman St  # 5
Los Angeles  CA  90031


Edgardo Villanueva
3820 City Terrance Dr  #2
Los Angeles  CA  90063


Eduardo Aguilar
7751 Rundell St
Downey  CA  90242


Edward Argueta
9024 Gaymount Ave
Downey  CA  90240


Edward J Kyles
194 W Monatana St
Pasadena  CA  91103


Edwin A Perdomo
1955 W  56th Place


Elias Rivera
3241 W  11 Pl
Inglewood  CA  90303


Emilio A  B  Farran
1737 N  Serrano Ave  #8
Los Angeles  CA  90027

Emily E Kapitanski
615 S Glendale Blvd #27
Glendale  CA  91205


Emily Lamb
350 N Rob Way
Villa Park  CA  92861


Emmanuel Montellano
633 La Seda Rd
La Puente  CA  91744


Enrique E Delgado
5669 Baltimore St
Los Angeles  CA  90042


Eric W Lundberg
2961 Fitzgerald Rd
Simi Valley  CA  93065


Erica M Jones
1816 E 122nd St
Los Angeles  CA  90059


Erick Trejo
10743 Cass St
Riverside  CA  92505


Erin Hale
734 S  Sutter Ave
San Bernardino  CA  92410


Ernesto Castaneda Cecena
612 N  Wilcox Ave #23
Montebello  CA  90640


Enerado Cisneros
3320 Adriatic Ave
Long Beach  CA  90810

Fabian E Francia
415 Cortez Rd
Arcadia  CA  91007

Farrokh Tehrani
3813 Pershing Dr
Playa del Rey  CA  90293

Felix Chevrolet
3330 S  Figueroa St
Los Angeles  CA  90007

Fernando Melara
917 Nolden ST #6
Los Angeles  CA  90042

Francisco Campos
1635 West 23rd St
Los Angeles  CA  90007

Francisco Ramos
223 E Los Angeles Ave
Monrovia  CA  91016

Francisco Torres
1924 Daly St
Los Angeles  CA  90031

Franco J  Hernandez
4810 N  Vincent Ave  #32
Covina  CA  91722

Gandhi Ruiz
212 Banbridge Ave
La Puente  CA  91744

George Olage
9621 Cedartree Rd
Maywood  CA  90270

Geovanny Lizama
1743 W. 56th St
Los Angeles  CA  90062


Gildardo Montemira
2702 Media Center Dr
Los Angeles  CA  90065


Giovanni Ulloa
4903 N Briteview Dr
Covina  CA  91722


Gloria August-Jones
653 S  McDonnell Ave
Los Angeles  CA  90022


Gregory Bush
3701 Inglewood Ave #106
Redondo Beach  CA  90278


Gregory Friebel
148 highland Ave
Los Angeles  CA  90036


Guillermo Lopez Ramirez
5228 Newtonia Drive
Los Angeles  CA  90032


Harout C  Gulesserian
500 Ramona Ave
Sierra Madre  CA  91024


Hector A Raygoza
2635 1/2 Alice St
Los Angeles  CA  90065


Hector Avila
4034 Prospect Ave  #6
Los Angeles  CA  90027

Hector J Quiroz Medina
3514 1/2 Siskiyou St
Los Angeles  CA  90023


Hector Rodrigues
15124 E Flynn St
La Puente  CA  91744


Herson R Pirique
5556 Sun Lane
Bell  CA  90201


Hooper Lundy & Bookman
1875 Century Park East suite 1
Los Angeles  CA  90067


Humberto N Ventura
1777 Belmont Ave
Pasadena  CA  91103


Isaac Y Yuh
1699 Beverly Dr
Pasadena  CA  91104


Ishmael D Delgado
1221 E Harvard St  #B
Glendale  CA  91203


Israel Mejia
3224 Baldwin Park
Baldwin Park  CA  91706


Jacinto Flores Hernandez
4366 Ventura Cyn Ave  #10
Sherman Oaks  CA  91423


Jacob A Perry
1159 Isabel Street
Los Angeles  CA  90065

Jaime Contreras
234 S Figueroa St #335
Los Angeles  CA  90012


James Pintado
2465 N Altadena Dr
Altadena  CA  91001


Jamin Mauro
1126 N Valley St
Burbank  CA  91505


Janet Hernandez
13162 Ottoman
Pacoima  CA  91331


Jascha Dlagatch
15632 Meadow Dr
Canyon Country  CA  91387


Jason E Clark
519 S Almanson Street #80
Alhambra  CA  91801


Jeffrey Cortez
9251 Pleasanthurst Ct
Riverside  CA  92509


Jeffrey Sutphen
18543 Laxford Rd
Covina  CA  91722


Jeffrey T Sokolovysky
18811 Salt Lake Place
Porter Ranch  CA  91326


Jeremy E Torres
6498 Broken Star Ct
Rancho Cucamonga  CA  91701

Jesse Melgar
847 Santa Barbara St
Pasadena   CA   91101


Jesse Williams
13870 Senna St
Hesperia   CA   92345


Jessica Lemus
12418 Hammack St
Los Angeles   CA   90066


Jesus A Millan
1160 Bradford Dr
Glendora   CA   91740


Jesus E Leon
3876 Paddy Lane
Baldwin Park   CA   91706


Jesus F Baxter
10237 Tujunga Cyn   Blvd   #309
Tujunga   CA   91042


Jesus Marines
3520 Belford Ave
Los Angeles   CA   90045


John G Baladad
215 N Barranca St   #H
Covina   CA   91723


John Mikell
5023 Onaknoll Ave
Los Angeles   CA   90034


John Parker
2593 North Phyllis St
Simi Valley   CA   93065

Jonathan A Ventura
1777 Belmont Ave
Pasadena   CA   91103


Jonathan Barrett
26504 Mistletoe Ct
Valencia   CA   91355


Jonathan Boscarino
25420 Via Dabna
Valencia   CA   91355


Jonathan Carpenter
1114 E Ada Avenue
Glendora   CA   91741


Jonathan Cortez
9251 Pleasant hurst Ct
Riverside   CA   92509


Jonathan Cowan
3125 Omega Ave
Simi Valley   CA   93063


Jonathan Freed
17958 Quantico Rd   #4
Apple Valley   CA   92307


Jonathan Perez
15844 Stetson Way
Victorville   CA   92394


Jonathan Shidlovitsky
1201 Larrabee St #107
West Hollywood   CA   90069


Jonathan Shidlovitsky
2702 Media Center Dr
Los Angeles   CA   90065

Jonathan Trujillo
9771 Helen Ave
Sunland  CA  91040


Jordan L Olsen
510 Solway Street
Glendale  CA  91206


Jordon S McGinty
137 N Oak Knoll Ane #2
Pasadena  CA  91101


Jorge Andrade
1711 Granville Ave #11
Los Angeles  CA  90025


Jorge L Riveros
526 Fairwood St
Duarte  CA  91010


Jorge Ramirez
PO Box 3212
La Habra  CA  90632


Jose Delgado
4912 La Sema
Baldwin Park  CA  91706


Jose L Sanchez
207 w 83rd st
Los Angeles  CA  90003


Jose Pina
1322 S  Pine Ave


Joseph Allen
1301 E 70th St
Los Angeles  CA  90001

Joseph Guzman
7935 Hellman Ave
Rancho Cucamonga   CA   91730


Joseph Jauregui
35530 Trenmar
Acton   CA   93510


Joseph R Cavallo
3737 Balmont St
Lancaster   CA   93536


Joseph Redi
2117 Bromfield
Simi Valley   CA   93065


Juan Ronquillo
6105 E Delphi
Los Angeles   CA   90042


Julius Castillo
3515 Conata St
Duarte   CA   91010


Justin Evans
2020 W El Segundo Blvd   #12
Gardena   CA   90249


Justin Knight
1550 20th St West #53
Rosamond   CA   93560


Kaufman Dolowich & Voluck LLP
135 Crossways Park Dr   Ste 201
Woodbury   NY   11797


Keith Myers
3308 Hyde Park Bl
Los Angeles   CA   90043

Kenneth Green
43464 Gasdn Ave #191
Lancaster  CA  93534


Kenneth Gutierres
1825 Ivar Ave #301 H
Los Angeles  CA  90028


Khalid Muhammad
13801 Paramount BL #214
Paramount  CA  90723


Kim Miller
1114 Cambridge Ct
Lancaster  CA  93535


Krystle E Phuong
3238 Angelus Ave
Rosemead  CA  91770


Kwang Soo Son
334 S Westlake Ave #115
Los Angeles  CA  90057


Kyle Diaz
12231 Dunrobin Ave
Downey  CA  90242


Kyle R Kennedy
358 E Greenhaven St
Covina  CA  91722


Laurel M White
248 Monroe Ave
Pomona  CA  91767


Lauren Woods
10513 8th Pl
Inglewood  CA  90303

Leader Emergency Vehicles
10941 Weaver Ave
South El Monte   CA   91733


Leonel B Pleitez
43252 W 18th St
Lancaster   CA   93534


Lonetta Smith
2421 3rd Ave
Los Angeles   CA   90018


Los Angeles City Dot


Los Angeles County EMS


Los Angeles Media Tech Center
c/o Michael Fragner Esq
1100 Glendon Ave   14th floor
Los Angeles   CA   90024


Louie F Gonzales
945 S   Shasta St
West Covina   CA   91791


Louis Mendoza
1502 Howellhurst Dr
Baldwin Park   CA   91706


Lucia Antunez
23009 16th St
Newhall   CA   91321


Luis F Velasco
3912 Walnut St
Baldwin Park   CA   91706


Marc Stewart
14746 Costa Mesa Dr
La Mirada   CA   90638

Marco A Reyes
902 E Mauna Loa Ave
Azusa  CA  91702


Marco A Urzua Tapia
1638 W 24th St


Marco A  Banuelos
424 S  Stoneman Ave   #D
Alhambra  CA  91801


Marcus R Franklin
817 E Calbas St
Carson  CA  90745


Marcus R Sotelo
911 W Huntington Dr #5
Arcadia  CA  91007


Maria Cristina L Sebastian
5503 Pepperwood Ave
Lakewood  CA  90712


Maribel Esquivel
1011 S Tamarind Ave
Compton  CA  90220


Mark S Medrano
2120 E 124th St
Compton  CA  90222


Martin A Henderson
11260 Overland Ave #7A
Culver City  CA  90230


Marvin Trigueros
480 Isabel St
Los Angeles  CA  90065

Matthan Jackson
4214 San Giovanni St
Lancaster  CA  93536


Matthew D Conn
1876 Duncan Street
Simi Valley  CA  93065


Matthew Mindanao
4301 Caledonia Way
Los Angeles  CA  90065


Matthew Swarbrick
22046 Conway Pl
Santa Clarita  CA  91350


Maura Martinez
1716 Bay View Ave
Wilmington  CA  90744


Maura Quintero
c/o Jeffrey C Lyon  Lyon Law
400 Oceangate Dr  Ste 450
Long Beach  CA  90802


Mauricio Grande
9824 Camarena Ave
  91736


Melissa Brown
14404 Lemoli Ave
Hawthorne  CA  90250


Melody M Thiessen
2302 Graham Ave
Redondo Beach  CA  90278


Mia Horn
3920 Roxanne Ave #3
Los Angeles  CA  90008

Michael A Roux
2136 S Victoria Ave
Los Angeles  CA  90016


Michael J  Bankhead
4084 W 129th St  #A
Hawthorne  CA  90250


Michael Mendez
6039 La Prada St
Los Angeles  CA  90042


Michael Schaefer
3616 West Bl
Los Angeles  CA  90016


Michael Tinker
1371 Locus St
Pasadena  CA  91106


Michael Yang
2255 Montrose Ave
Montrose  CA  91020


Miguel Alvarado
7659 Belpine PL
Rancho Cucamonga  CA  91730


Miguel Martinez
1241 S  Berendo Street #7
Los Angeles  CA  90006


Mike Tavera
11632 Planett Ave
Downey  CA  90241


Minku M Kang
1301 S  Atlantic Blvd  #303A
Monterey Park  CA  91754

Mireya Bojorquez
17634 Hibiscus Ct
Fontana  CA  92335


Misael Gonzales
540 S Catalina St #401
Los Angeles  CA  90020


Monika M Stewart
921 E 43rd Pl
Los Angeles  CA  90011


Mykel P Rodriguez
11214 Clarkman
Santa Fe Springs  CA  90670


Nicholas Rivas
1719 Fremont Ave #304
South Pasadena  CA  91030


Nick S Delucia
26130 Narbonne Ave #106
Lomita  CA  90717


Niles Watson
1376 W 30th St
Los Angeles  CA  90007


Noe Rios
1338 Cordon Dr
Los Angeles  CA  90063


Noel Santacruz
933 E  116th Place
Los Angeles  CA  90059


Octavio Arce
4607 Maine
Baldwin Park  CA  91706

Omar A  Azeez
36523 25th St  E #n20
Palmdale  CA  93550


Oscar Garcia
8421 Cedros Ave #320
Panorama City  CA  91402


Pablo Barroso
10968 Pope Ave
Lynwood  CA  90262


Pablo Vasquez
10270 Tujunga Cyn Blvd #208
Tujunga  CA  91042


Patricio D  Barrionuevo
440 Myrtle St  #104
Glendale  CA  91203


Paul Arellano
2532 W Ave 30
Los Angeles  CA  90065


Paul F  Gomez
841 W  Chester Rd
Covina  CA  91722


Paul Navarro
1935 E Garvey Ave #64
West Covina  CA  91791


Paul Washington
2619 Commodore St
Los Angeles  CA  90032


Payman Kazerouni
5320 Whitsett Ave #5
Valley Village   CA  91067

Pedro A Blanco
1000 E 150th St
Compton  CA  90220


Peter J Grik
1463 N View Dr
Thousand Oaks  CA  91362


Peter J Whang
2823 Manhattan Ave
La Crescenta  CA  91214


Rafael Tapia
15210 Sherman Way
Van Nuys  CA  91405


Ramon Baraijas
2640 Ganahl St
Los Angeles  CA  90033


Randy A Garcia
2709 Bel Circle
Simi Valley  CA  93063


Randy Miller
1114 Cambridge Ct
Lancaster  CA  93535


Raul Ramirez
7619 Bellaire Ave
North Hollywood  CA  91605


Richard Alvarez
3927 Collis Ave
Los Angeles  CA  90032


Robert Carter
1700 West Blvd
Los Angeles  CA  90019

Robert Davilas
1386 Pierce St
Pacoima  CA  91331


Robert E Lafferty
24452 Valencia Blvd #9203
Valencia  CA  91355


Robert M Estrada
13633 Dicky St
Whittier  CA  90605


Robert Meza
112 E Alhambra Rd  #12
Alhambra  CA  91801


Romeo Richardson
1024 S  Osage Ave #4
Inglewood  CA  90301


Ronald Gonzales
424 Stoneman #D
Alhambra  CA  91801


Rovina Melnik
1247 N Orange Grove Ave #106
Los Angeles  CA  90046


Ruben Vargas
3901 Pine Ave
El Monte  CA  91731


Ruben Vasquez
471 W Montana
Pasadena  CA  91103


Ruslan D Kazlak
901 S Idaho St # 2
La Habra  CA  90631

Ryan Brosowske
16036 Tude Ave
Apple Valley  CA   92307


Ryan Liddle
4326 Highland Pl
Riverside  CA   92506


Ryan Matus
18344 Fondale St
Azusa  CA   91702


Salvador Rubio
4136 Abuer St  #44
Los Angeles  CA   90032


Salvador Vasquez
1831 W 24th Street
Los Angeles  CA   90018


Samson Bassey
23611 Arlington Ave  #202
Torrance  CA   90501


Sandra Nunez
4536 Wesley Ave
Los Angeles  CA   90037


Sara Martinez
1916 Browning Blvd
Los Angeles  CA   90062


Sara Rush
4823 Birchland Pl
Temple City  CA   91780


Schonbrun DeSimone Seplow
Harris & Hoffman LLP
715 Fremont Ave Ste A
South Pasadena  CA   91030

Scott Sapers
113 W Freemont St
Montebello  CA  90640


Sean Brittenum
2854 Sierra Madre Blvd
Pasadena  CA  91107


Sean Cleland
15337 Hunasaker AVe
Paramount  CA  90723


Sergio Aguierre
321 La Clede Ave
Los Angeles  CA  90039


Sergio Puentes
14751 Titus St #18


Seth Howard
13138 Moorpark St  #17
Sherman Oaks  CA  91423


Shay Keys
514 S Adams St #1
Glendale  CA  91205


Sheldon Chivers
332 E Palm Ave #A


Siavash Khazeli
12450 Culver Blvd #301
Los Angeles  CA  90066


State of California
POB 15300-C
Sacramento  CA  95813

Stephen H George
23845 Del Monte Dr # 77
Valencia   CA   91355


Stephen Reilly
16254 Devonshire St
Granada Hills   CA   91344


Steve Lovell
889 Victor Ave #4
Inglewood   CA   90302


Steven Alva
5033 W Ave L10 #8
Lancaster   CA   93536


Steven FLoreman
223 E Los Angeles Ave
Monrovia   CA   91016


Steven Swayne
1872 Chatwin Ave
Long Beach   CA   90815


Susana Fuentes
2400 Cloverdale 9
Los Angeles   CA   90016


Tamika D Marshall
1816 E 122nd St
Los Angeles   CA   90059


Tanner Green
18550 Praire St   #15
Northridge   CA   913241


Tanu Hsu
253 W  Fairfax Ave
Glendale   CA   91202

Tatyana Ganopolskaya
2110 Hercules Dr
Los Angeles  CA  90046


TCF Equipment Finance
11100 Wayzata Blvd Ste 801
Hopkins  MN  55305


TCF Equipment Finance
11100 Wayzata Blvd Suite 801
Hopkins  MN  55305


Thomas D Hatcher
641 E Sanderling
Ontario  CA  91761


Timm E Shelton
938 W 137th St
Compton  CA  90222


Timothy Aguilera
814 Herring Ave
West Covina  CA  91790


Todd Filener
316 N Alameda
Azusa  CA  91702


Todd Ignat
15506 S Normandie #248
Gardena  CA  90247


Torrey L Clemmons
8909 S 11th Ave
Inglewood  CA  90305


Travis Ring
171 W Palm Dr
Arcadia  CA  91007

Trent Osaki
2816 N Marvista
Pasadena    CA    91105


Tricia Pedroza
2702 Media Center Dr
Los Angeles    CA    90065


Ty M Jackson
814 1/2 California St
Burbank    CA    91505


Tyler Ficher
4520 Ashtree St


Tyrone Patnett
2181 Bella Vista Way
Pomona    CA    91766


USA Department of Health Human
200 Independence Ave    SW
Washington    DC    20201


Valanie V Ibarra
5833 Morrill Ave
Whittier    CA    90606


Viktor Fuller
633 Molino Ave #44
Long Beach    CA    90814


Vincent Corralejo
7500 Rentland
West Hills    CA    91307


Wells Fargo Equipment Finance
733 Marquette Ave Suite 700
Minneapolis    MN    55402

Wells Fargo Equipment Finance
733 Marquette Ave Ste 700
Minneapolis  MN  55402


Wex Fleet Universal
PO Box 6293
Carol Stream  IL  60197


William Young
2013 Cedarcreek St
Canyon Country  CA  91351


Xiaoxiao Tan
16544 Aquamarine Ct
Chino Hills  CA  91709


Yaferkie Jordan
1440 N Sepulveda #9
San Bernardino  CA  92404


Yolanda Kennedy
358 E Greenhaven St
Covina  CA  91722


Zachary D Schwartz
28540 Haskell Cyn  Rd
Santa Clarita  CA  91390


Zinovy Ganopolsky
2110 Hercules Dr
Los Angeles  CA  90046


Zinovy Ganopelsky
2702 Media Center Dr
Los Angeles  CA  90065